UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X

SECURITIES INVESTOR PROTECTION CORPORATION,

Plaintiff-Applicant,

v.

BERNARD L MADOFF INVESTMENT SECURITIES, LLC,

Defendant.

Adv. Pro No. 08-01789 (CGM)

SIPA LIQUIDATION

(Substantively Consolidated)

-----------------------------------------------------X

In re:

BERNARD L. MADOFF,

Debtor.

-----------------------------------------------------X

IRVING H PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,

Plaintiff,

v.

LILLIAN M SAGE, IN HER CAPACITY AS PARTNER OR JOINT VENTURER OF SAGE ASSOCIATES AND INDIVIDUALLY AS BENEFICIARY OF SAGE ASSOCIATES;

MALCOLM H. SAGE, IN HIS CAPACITY AS PARTNER OR JOINT VENTURER OF SAGE ASSOCIATES AND INDIVIDUALLY AS BENEFICIARY OF SAGE ASSOCIATES;

MARTIN A. SAGE, IN HIS CAPACITY AS PARTNER OR JOINT VENTURER OF SAGE ASSOCIATES AND INDIVIDUALLY AS BENEFICIARY OF SAGE ASSOCIATES; AND

ANN M. SAGE PASSER, IN HER CAPACITY AS PARTNER OR JOINT VENTURER OF SAGE ASSOCIATES AND INDIVIDUALLY AS BENEFICIARY OF SAGE ASSOCIATES.

Defendants.

Adv. Pro. No. 10-4362 (CGM)

-----------------------------------------------------------X

**ORDER REOPENING ADVERSARY PROCEEDING**

The above captioned Adversary having been closed in error on September 7, 2021; it is hereby

ORDERED that the case be reopened pursuant to Federal Rule of Civil Procedure 60(a).

**Dated: October 26, 2021**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
**_________________________**
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**